UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*FILED*

*SEP 24   3 41 PM '04*

*U.S. DISTRICT COURT*
*NEW HAVEN CONN.*

RACHEL SPECTOR          :
                        :
          v.            :       Case No. 3:01CV1955 (EBB)
                        :
EXPERION INFORMATION    :
SERVICES, INC., ET AL   :
                        :

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis

for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____    A ruling on the following motions which are currently pending: (orefm.) Doc.#

_____

_____

__x_    A settlement conference (orefmisc./cnf)

____    A conference to discuss the following: (orefmisc./cnf)

_____

_____

AO 72A
(Rev.8/82)

Other: (orefmisc./misc) _____

SO ORDERED this 24ᵗʰ day of September, 2004,_at New Haven, Connecticut.

ELLEN BREE BURNS, /SENIOR JUDGE,
UNITED STATES DISTRICT COURT

AO 72A
(Rev.8/82)