UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Rachel Spector

V.                          Case Number:  3:01cv1955(EBB)

Wachovia Bank Card Services

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>9/28/04</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on October 28, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, October 1, 2004.


KEVIN F. ROWE, CLERK

By: _____/s/_____
        Melissa Ruocco
        Deputy Clerk