UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RACHEL SPECTOR | : | CIVIL ACTION NO. |
| | : | 3:01CV01955 (EBB) |
| vs. | : | |
| | : | |
| EXPERIAN INFORMATION SERVICES INC., ET AL. | : | SEPTEMBER 29, 2004 |

## NOTICE OF SETTLEMENT

The defendant in the above-captioned action hereby advises the Court that plaintiff and defendant, Wachovia Bank Card Services, have reached a settlement of the above-captioned case and that counsel are in the process of preparing the papers reflecting the settlement. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and requests that all pending deadlines, motions and pleadings be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations or notices, as the case may be.

THE DEFENDANT

By: _____
Jonathan D. Elliot
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8968
Fed. Bar No. CT05762

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 30th day of September, 2004, to:

Joanne S. Faulkner, Esq.
123 Avon Street
New Haven, CT 06511

_____
Jonathan D. Elliot