UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RACHEL SPECTOR | : | CIVIL ACTION NO. |
| | : | 3:01CV01955 (EBB) |
| | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| EXPERIAN INFORMATION SERVICES | : | |
| INC., ET AL. | : | SEPTEMBER 29, 2004 |

STIPULATION FOR DISMISSAL WITH PREJUDICE

The plaintiff and defendant, by and through the undersigned, hereby stipulate that the

above entitled action shall be dismissed with prejudice to plaintiff on her complaint and without

costs and/or attorney's fees to any party.

THE PLAINTIFF

By:_____
    Joanne S. Faulkner, Esq.
    123 Avon Street CTO 4137
    New Haven, CT 06511

THE DEFENDANT
WACHOVIA BANK CARD SERVICES

By:_____
    Jonathan D. Elliot (JDE 3654)
    Kleban & Samor, P.C.
    2425 Post Road
    Southport, CT 06490
    (203) 254-8969